**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        Glenn Blair v. Kelly Fritch, et al.

Appellate case number:      01-19-0248-CV

Trial court case number:    2018-57909

Trial court:                152nd District Court of Harris County

Appellant, Glenn Blair, filed a pro se notice of appeal on April 2, 2019, in the trial court from the March 1, 2019 order granting appellees' motion for summary judgment in this legal malpractice case. *See* TEX. R. APP. P. 26.1. On May 23, 2019, the court reporter's information sheet stated that no reporter's record was taken. On June 13, 2019, the supplemental clerk's record was filed in this Court after the Clerk of this Court's May 23, 2019 notice forwarded to the district clerk appellant's Affidavit of Indigence filed in this Court on May 17, 2019. No trial court's order overruling the indigence claim was filed.

Rule of Appellate Procedure 20.1 provides that a party who files such an affidavit of indigence in the trial court "is not required to pay costs in the appellate court unless the trial court overruled the party's claim of indigence in an order that complies with Texas Rule of Civil Procedure 145." TEX. R. APP. P. 20.1(b)(1). Because appellant's indigence claim was not overruled by the trial court, appellant is not required to pay appellate costs. *See* TEX. R. APP. P. 20.1(b)(1).

Accordingly, the Clerk of this Court is **directed** to mark appellant indigent in this Court's records and allowed to proceed without advance payment of the appellate filing, clerk's, and reporter's record fees. Thus, because appellant is proceeding pro se, the Court **ORDERS** the district clerk to file the clerk's record and mail a copy of it to the appellant, at no cost to appellant, **within 20 days** of the date of this order, and shall certify the delivery date **within 30 days** of the date of this order.

It is so ORDERED.

Judge's signature:    _____/s/ Evelyn V. Keyes_____

☒ Acting individually    ☐ Acting for the Court

Date: __June 25, 2019_